# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0029
Lower Tribunal No. 21-CF-6140

_____

ERICK RABELO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Susan L. Barber, Judge.

October 31, 2025

PER CURIAM.

AFFIRMED. *See Caviness v. State*, No. 6D2023-3661 (Fla. 6th DCA Sept. 26, 2025) (determining that discretionary denials of downward departure sentences are appealable and finding no error in trial court's denial of downward departure request).

TRAVER, C.J., and BROWNLEE and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED